IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV1

| | |
|---|---|
| JUDY COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Certification, Preliminary Report of Initial Attorney's Conference and Request for Stay of Discovery Plan (Document #10) filed jointly by the parties on March 22, 2006. The parties seek a stay of discovery pending the Court's ruling on the Defendant's Motion to Dismiss Plaintiff's Second and Third Claim for Relief (Document #7), which is currently pending. The parties are in agreement that the Court's ruling on the motion to dismiss will affect the scope of permissible discovery in the case.

**IT IS THEREFORE ORDERED** that the request for stay of discovery plan filed jointly by the parties to this action is hereby **GRANTED**. Upon the Court's ruling on the Defendant's Motion to Dismiss Plaintiff's Second and Third Claim for Relief, or at such other time as the Court deems appropriate, the Court will conduct an initial pretrial conference to discuss an appropriate discovery plan.

Signed: March 24, 2006

_____
David C. Keesler
United States Magistrate Judge